FILED
2005 Mar-01  PM 01:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONALD RAY PARKS, } | |
| } | |
| Plaintiff, } | |
| } | CIVIL ACTION NO. |
| v. } | 04-AR-0798-S |
| } | |
| ZURICH AMERICAN INSURANCE } | |
| CO., } | |
| } | |
| Defendant. } | |

**MEMORANDUM OPINION AND ORDER**

On February 28, 2005, plaintiff filed a motion for extension of time within which to respond to the motion for summary judgment filed by defendant, Zurich American Insurance Co.  The current deadline is March 2, 2005.  Plaintiff asserts: "No hearing is currently scheduled on this Motion for Summary Judgment". Plaintiff apparently did not read the submission order which provides that the motion will be taken under submission without oral argument.  Plaintiff's motion does not state any reason for the extension and does not request any particular time for the extension.  The court could grant the motion by extending the time for plaintiff until March 3, 2004.  Instead, plaintiff's motion for an extension is DENIED.

DONE this 1st day of March, 2005.

_____
WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE